DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANELL K. PATTERSON,** as Personal Representative of the
**ESTATE OF JEFFREY D. OLNEY**,
Appellant,

v.

**AP YACHTS, LLC,** a Washington State Limited Liability Company,
Appellee.

No. 4D2023-1047

[February 29, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwell, Judge; L.T. Case No. CACE14022744.

Clay M. Naughton and Michael T. Moore of Moore & Company, P.A., Coral Gables, for appellant.

Jonathan W. Skipp of Horr, Skipp & Perez, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***